THE STATE OF OHIO, APPELLEE, *v.* DEHLER, APPELLANT.

[Cite as *State v. Dehler* (1994), 71 Ohio St.3d 330.]

(No. 94–1930—Submitted November 15, 1994—Decided December 23, 1994.)

*Lambert Dehler, pro se.*

*Per Curiam.* The decision of the court of appeals is affirmed for the reasons stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.